UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

_US_

Plaintiff(s),

v.

_Doreen Mastroianni_
Defendant(s).

--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/26/25_

**CALENDAR NOTICE**

_24 MJ 4187_ (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/
~~re-scheduled~~ for:

___ Status conference                    ___ Final pretrial conference

___ Telephone conference              ___ Jury selection and trial

___ Pre-motion conference             ___ Bench trial

___ Settlement conference             ___ Suppression hearing

___ Oral argument                          ✓ Plea hearing

___ Bench ruling on motion            ___ Sentencing

on __12/10__, 20_25_, at __11:30 AM__, in Courtroom 620, United States
Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _____.

**All requests for adjournments or extensions of time must be in writing and
filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's
Individual Practices.  Absent special circumstances, such requests shall be made at
least two business days prior to the scheduled appearance.

Dated: __11/25/__, 20 _25_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge