UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DOREEN MASTROIANNI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/26

Case No. 7:25-cr-00561-VB

[~~PROPOSED~~] ORDER

Upon consideration of the defendant's unopposed motion for an order directing the

defendant to pay, and the Clerk of Court to accept presentence payments toward the criminal

monetary penalties to be imposed against the defendant in this case, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of Court shall ~~receipt~~ accept payments  VB

submitted by or on behalf of the defendant and maintain such payments on deposit until the time

of sentencing; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the

Clerk of Court shall withdraw and apply the deposited funds to the criminal financial obligations

imposed against the defendant as provided by law and in accordance with the Clerk's standard

operating procedures.

**SO ORDERED.**

2-11, 2026

Honorable Vincent L. Briccetti
United States District Judge